UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID DWAYNE WHITMAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:25-cv-01297-MTS |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

The Court previously granted a Motion by Thomas J. Lyons, Jr. for admission *pro hac vice*. Doc. [23]. Thomas Lyons's Motion contained (at least) two material misrepresentations to the Court. Doc. [15]. In an *ex parte* filing with the Court dated November 24, 2025, Thomas Lyons acknowledged his misrepresentations. Doc. [25]. Because of his lack of candor to the Court, the Court will revoke his *pro hac vice* admission. In addition, because he should not have filed his Declaration *ex parte*, the Court will attach a copy of it as an exhibit to this Order for the public record.

Accordingly,

**IT IS HEREBY ORDERED** that Thomas J. Lyons, Jr.'s *pro hac vice* admission to this Court is **REVOKED**. The Clerk of Court is respectfully directed to terminate him from this matter on CM/ECF. Thomas Lyons's name should not appear in the signature block of any further pleadings, motions, or other papers in this matter.

Dated this 11th day of December 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE