UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID DWAYNE WHITMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:25-cv-1297-MTS |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff chose to initiate this action in federal court. An Order went out setting the date and time of the Rule 16 Conference, the gateway to litigating this case. Doc. [27]. A subsequent Order confirmed that same date and time. Doc. [30]. Two separate attorneys from two separate law firms represent Plaintiff. They knew about the Rule 16 Conference. *See* Doc. [31] (Joint Proposed Scheduling plan, which Plaintiff's attorney signed); *see also* Doc. [28] ¶ 6 (counsel for Defendant Trans Union LLC representing that he discussed the Conference with "counsel for all other parties"). Nevertheless, neither of Plaintiff's attorneys appeared.

Upon consideration of Plaintiff's attorneys' Response to the Order to Show Cause, Doc. [37], the Court declines to sanction them. *See* Fed. R. Civ. P. 16(f)(1)(A). "Instead," the Court will require them "to pay the reasonable expenses—including attorney's fees" that Defendants' incurred in appearing at the Conference that was for naught. *Id.* 16(f)(2). The Court finds that Plaintiff's attorneys' failure to attend the January 13, 2026, scheduling conference in violation of the Court's Orders, Docs. [27] and [30], was not "substantially

justified." *See* Fed. R. Civ. P. 16(f)(2).  Nor does the Court find that the circumstances here "make an award of expenses unjust." *Id.*

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' attorneys shall pay Defendants' reasonable expenses and attorneys' fees incurred in appearing at the January 13, 2026, scheduling conference at which Plaintiffs' attorneys failed to appear.

**IT IS FURTHER ORDERED** that, no later than **Tuesday**, **January 27, 2026**, Defendants' attorneys shall inform Plaintiffs' attorneys of the amount of their expenses and fees.

**IT IS FINALLY ORDERED** that, no later than **Friday**, **February 06, 2026**, Plaintiffs' attorneys shall either tender payment to Defendants' attorneys or shall file objection(s) to the fee amount(s) that sufficiently explain why the amount is unreasonable.

Dated this 20th day of January 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE